UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
07 NOV -5 AM 10: 16

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Magistrate Docket No. 07 MJ 2590 |
| Plaintiff, | |
| v. | COMPLAINT FOR VIOLATION OF: |
| **Elfego ARCE-Martinez,** | Title 8, U.S.C., Section 1326 Deported Alien Found in the United States |
| Defendant | |

The undersigned complainant, being duly sworn, states:

On or about **November 2, 2007** within the Southern District of California, defendant, **Elfego ARCE-Martinez,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 5th DAY OF **NOVEMBER, 2007**

Cathy A. Bencivengo
UNITED STATES MAGISTRATE JUDGE



[Body of document illegible due to scan quality. Partial readings: "On November 1, 2007 Border Patrol Agent J. Morales was performing line watch operations near Campo... Agent Morales responded to a sensor alert near Buckman S... approximately seven miles east of the port of entry of Tecate, California and approximately 1 mile north of the United States/Mexico border. Upon arriving... encountered an individual later identified as defendant..."]

11-4-07 @ 9:33 am

**CONTINUATION OF COMPLAINT:**
**Elfego ARCE-Martinez**

## PROBABLE CAUSE STATEMENT

I declare under the penalty of perjury that the following statement is true and correct:

On November 2, 2007 Border Patrol Agent J. Morales was performing line watch operations near Campo, California. At 1:20 PM Agent Morales responded to a sensor alert near Zuellner's. This area is located approximately seven miles east of the port of entry at Tecate, California and approximately 2 miles north of the United States/Mexico border. Upon arriving in the area Agent Morales encountered an individual later identified as the defendant **Elfego ARCE-Martinez** hiding in brush. Agent Morales identified himself as a Border Patrol Agent and queried the defendant as to his immigration status. The defendant admitted that he was a citizen of Mexico illegally present in the United States. The defendant was taken into custody and transported to Campo Border Patrol Station for processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico** on **October 28, 2007** through **San Ysidro, California.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

The defendant was advised of his rights as per the Miranda Warning. The defendant stated that he understood his rights and agreed to be interviewed without representation. The defendant admitted that he is a citizen and national of Mexico illegally present in the United States. He admits that he knowingly entered the United States illegally on November 2, 2007.

**Executed on November 4, 2007 at 9:00 a.m.**

_____
Raul Castorena
Senior Patrol Agent

On the basis of the facts presented in the probable cause statement consisting of **1** page(s), I find probable cause to believe that the defendant named in this probable cause statement committed the offense on **November 2, 2007,** in violation of Title **8**, United States Code, Section **1326**.

_____           _____
Peter C. Lewis                                                  Date/Time
United States Magistrate Judge