1  **JENNIFER L. COON**
   California State Bar No. 203913
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
   225 Broadway, Suite 900
3  San Diego, California 92101
   Telephone: (619) 234-8467
4  Email: jennifer_coon@fd.org

5  Attorneys for Mr. Arce Martinez

6

7

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10                 **(HONORABLE ANTHONY J. BATTAGLIA)**

11  UNITED STATES OF AMERICA,        )    Criminal No. Case No. 07MJ2590
                                     )
12            Plaintiff,             )
                                     )    NOTICE OF APPEARANCE
13  v.                               )
                                     )
14  ELFEGO ARCE-MARTINEZ,            )
                                     )
15            Defendant.             )
    _____ )
16

17         Pursuant to implementation of the CM/EMF procedures in the Southern District of

18  California, Jennifer L. Coon, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead

19  attorney in the above-captioned case.

20                                   Respectfully submitted,

21

22  Dated:  November 6, 2007              /s/ JENNIFER L. COON_____
                                          Federal Defenders of San Diego, Inc.
23                                        Attorneys for Defendant
                                          jennifer_coon@fd.org
24

25

26

27

28

## <u>CERTIFICATE OF SERVICE</u>

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

        Courtesy Copy Chambers

        Copy Assistant U.S. Attorney via ECF Notice of Electronic Filing

        Copy Defendant

Dated:  November 6, 2007              _/s/ JENNIFER L. COON_____
                                     Federal Defenders of San Diego, Inc.
                                     225 Broadway, Suite 900
                                     San Diego, CA 92101-5030
                                     (619) 234-8467  (tel)
                                     (619) 687-2666 (fax)
                                     jennifer_coon@fd.org (email)